UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAWN RIDDLE, Individually and on behalf of K.R., M.R. and J.R., Minor Children, and MATT RIDDLE Individually and on behalf of K.R., M.R. and J.R., Minor Children,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NICOLE M. RYAN, Individually and while acting under color of state law,<br>SYED J. KHAN, Individually and while acting under color of state law,<br>CHRISTOPHER H. SCRUTON, Individually and while acting under color of state law,<br>RETA K. BOWEN, Individually and while acting under color of state law,<br>CHAITANYA CHEKKILLA, Individually and while acting under color of state law,<br><br>　　　　　　Defendants. | 1:19-cv-01263-RLY-TAB |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge issued a Report and Recommendation recommending that the court grant Plaintiffs' Motion for Remand and deny Defendants' Motion to Amend Notice of Removal. Neither party objects. Accordingly, the court **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiffs' Motion for Remand (Filing No. 19) is **GRANTED** and Defendants' Motion to Amend Notice of Removal (Filing No. 20) is **DENIED**. This case is hereby **REMANDED** to the Tipton Circuit Court.

**SO ORDERED** this 2nd day of December 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1